UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBOTT, et al.<br><br>                              Plaintiffs,<br><br>          -against-<br><br>STRONGBLOCK, et al.,<br><br>                              Defendants | 23-CV-04207-LTS-BCM |

ORDER

On May 19, 2023, Plaintiffs, Ian Abbot, et al., initiated this action against "Strongblock," David Moss, Brian Abramson, Corey Lederer, Konstantin Shkut, and any unknown partners of "Strongblock, Inc."  (Docket entry no. 1.)  On June 15, 2023, the parties entered a Joint Supplemental Stipulation for Omnibus Ruling on the Defendants' Motion to Dismiss and Compel Arbitration in the related actions, Crowl v. Strongblock, No. 22-CV-7313-LTS-BCM (filed Aug. 26, 2022), and Abuda v. Strongblock, No. 22-CV-10869-LTS-BCM (filed Dec. 23, 2022) (docket entry no. 17), which authorized the Court to resolve the claims in the above-captioned case via the motions to dismiss and compel arbitration and related briefing already filed in both related actions.

Accordingly, for the reasons stated in the September 27, 2023 Memorandum Order dismissing the complaints in <u>Abuda</u> and <u>Crowl</u>, the complaint in the above-captioned matter is also dismissed without prejudice to litigation of Plaintiffs' claims in the arbitral forum. (<u>See</u> No. 22-CV-10869 docket entry no. 35; No. 22-CV-7313 docket entry no. 48.)  The Clerk of Court is respectfully directed to enter judgment accordingly and close this case.

    SO ORDERED.

Dated: New York, New York
       October 4, 2023

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge