**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ABBOTT, et al.,

                Plaintiff,

    -against-                                            23 **CIVIL** 4207 (LTS)(BCM)

                                                               **JUDGMENT**

STRONGBLOCK, et al.,

                Defendant.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 4, 2023 and September 27, 2023 Memorandum Order dismissing the complaints in Abuda and Crowl, the complaint in the above-captioned matter is dismissed without prejudice to litigation of Plaintiffs' claims in the arbitral forum. (See No. 22-CV-10869 docket entry no. 35; No. 22-CV-7313 docket entry no. 48.); accordingly, the case is closed.

**Dated:**  New York, New York

      October 4, 2023

                                                                 **RUBY J. KRAJICK**
                                                                    Clerk of Court

                                     **BY:**
                                                                    Deputy Clerk